IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| JOHN DOE, A Minor | * | |
| By his Parents, JAMES and JANE DOE | | |
| | * | |
| **Plaintiff,** | | |
| | * | |
| v. | | |
| | * | Case No. _____ |
| IRVIN MUCHNICK, et al. | | |
| | * | |
| **Defendants.** | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## REDACTED AFFIDAVIT OF JAMES DOE

I, JAMES DOE, being duly sworn, state as follows.  I am over the age of eighteen (18)
years, and all of the matters set forth herein are within my personal knowledge and are true and
correct.

1.    The minor plaintiff John Doe is my son, who is now 17 years old.

2.    I am married to John Doe's Mother, Jane Doe.  We have been married for twenty
years, and we have four Minor children.  Our son John Doe is the oldest of our four children;
Our minor son John Doe has two brothers and one sister.  Our family resides in Carroll County,
Maryland, and we are active parishioners at [REDACTED] Catholic Church in Eldersburg,
Maryland.

3.    Our minor son John Doe attended elementary school and middle school in Carroll
County's public school system.  At no time in elementary or middle school was our minor son
John Doe ever accused of or reprimanded for bullying classmates or other students, nor has John
Doe's treatment of other children ever been called into question with the exception of the alleged
incident discussed below.

ALL-STATE LEGAL®

A

4.      Our son John Doe has attended the same high school in Baltimore County, [REDACTED], since his freshman year, where he is currently a junior.  At no time in high school has John Doe ever been accused of or reprimanded for bullying classmates or other students, nor has his treatment of other children ever been called into question with the exception of the alleged incident discussed below.

5.      Our son Minor John Doe is a member of the North Baltimore Aquatic Club ("NBAC") swim team that practices at the Meadowbrook Aquatic & Fitness Center ("Meadowbrook"), which is located in Baltimore City at 5700 Cottonworth Avenue, Baltimore, MD 21209.  Our minor son John Doe has swum at Meadowbrook for the last six years, since the age of eleven.

6.      NBAC is a member of USA Swimming, the national governing body for the sport of swimming in the United States, and our son John Doe is a swimmer registered and insured with USA Swimming.

7.      At no time in the six years during which our son John Doe has swum on the NBAC Meadowbrook team has any fellow team member, swimmer, parent or coach complained to any NBAC coach or to me or my wife about our son John Doe's conduct or treatment of any other swimmer with the exception of the alleged incident discussed below.

8.      Bob Bowman ("Bowman") is the Head Coach of NBAC.  John Cadigan ("Cadigan") is the General Manager of Meadowbrook and NBAC's Director of Operations.

9.      As a swimmer who swam competitively including for a year in college and as the parent of minor competitive swimmers, I have personal knowledge of how swim teams and swim team practices function in general and how swim team practices are conducted at Meadowbrook in particular.

10.    Because swimming pools have a limited number of lanes and swim teams typically are comprised of far more swimmers than swim lanes, multiple swimmers are required to swim in the same swim lane as other swimmers during practice to ensure all swimmers have adequate swimming practice time.

11.    For swim practice purposes, swim team members at Meadowbrook and other pools are grouped with swimmers of the same ability, and such grouped swimmers often move at similar rates of speed. This requires swimmers to move quickly through the lane and off the end of the wall at each turn or "flip turn" to avoid striking other swimmers. Because the outcome of a swimming race is often determined by the swimmers' turns and finishes on the wall, this is a crucial component of swim practice, and swimmers are, therefore, instructed by coaches to provide right-of-way to a swimmer approaching the wall.

12.    However, due to the number of swimmers in a lane, the proximity of swimmers in the swim lane, and the pace and movement of multiple swimmers in one swim lane, unintended collisions and bodily contact are frequently unavoidable, particularly as swimmers are changing directions, or completing a set, on the wall.

13.    Over the years, many swimmers have accidentally bumped or physically contacted our son John Doe. Likewise, our son John Doe inadvertently has bumped or physically contacted other swimmers before in his many years of swim team practices. These are routine occurrences for all competitive swimmers, and have never given rise to complaint by or against John Doe with the exception of the February 2012 alleged incident.

14.    I know that DeSales Kelly-Eck is the mother of M. Eck. M. Eck is now a college freshman, but M. Eck swam on NBAC/Meadowbrook's swim team together with our son John Doe.

15.     M. Eck was a senior in high school in February of 2012.

16.     Although two years apart in school, M. Eck swam on the Meadowbrook swim team in the same swim team practice ability grouping as our son John Doe for three years.

17.     In February of 2012, DeSales Kelly-Eck accused our son John Doe of bumping her son M. Eck, and she accused another minor swimmer by the name of [redacted name of minor] of poking her son.  She alleged that this incident occurred during an evening swim practice at Meadowbrook when our son John Doe, [redacted name of minor], M. Eck, and multiple other male swimmers were swimming in the same practice lane under the supervision of a coach.

18.     I was advised by Cadigan that NBAC/Meadowbrook Coaches and Employees investigated the incident.

19.     At no time in February of 2012 did any coach, any swimmer or DeSales Kelly-Eck state to us that our son John Doe had engaged in conduct of any sexual nature towards M. Eck.

20.     On February 28, 2012, Cadigan met with me, my wife and our son John Doe. Immediately after that February 28, 2012 meeting with Cadigan, our minor son John Doe wrote a letter of apology to M. Eck and his parents.  I reviewed that letter after it was written, but John Doe was the sole author.  (A copy of that letter is attached hereto as Exhibit A).

21.     I have read and attached hereto a copy of a February 29, 2012 email that DeSales Kelly-Eck wrote to Cadigan expressing that the Eck family had read my son and the other minor swimmer's notes of apology.  After extensive bible quotations, Desales Kelly-Eck advised Cadigan that M. Eck and their family had decided to accept the apology notes and move forward. (Exhibit B, email dated 2/29/12).

22.     I have read and attached hereto a copy of an April 20, 2012 email that DeSales
Kelly-Eck wrote to Cadigan two months after the alleged incident wherein she expressed her
gratitude for Cadigan meeting with her, she asked for a corned beef recipe, and she told him
about her son M. Eck's website. DeSales Kelly-Eck closed the email with the line, "Wishing
you and yours our family's warmest regards, DeSales." (Exhibit C, email dated 4/20/12).

23.     My wife and I heard nothing further about the February 2012 incident until
Cadigan contacted my wife and on December 22, 2012, and advised us that NBAC had been
contacted by a blogger, Defendant Irvin Muchnick ("Muchnick"). Cadigan told us that
Muchnick had been blogging about the tragic death of a minor swimmer at Meadowbrook in
2012 and advised that Muchnick was going to blog about the alleged February 2012 incident on
his website, www.concussioninc.net.

24.     One month after Defendant Muchnick started blogging that a "sexual assault" had
occurred in February of 2012, I learned that the Eck family contacted Baltimore City Police in
January of 2013, almost one year after the alleged incident, and complained for the first time that
the February 2012 incident involved unwanted sexual contact.

25.     Sometime in the third week of January 2013, two Baltimore City Police Officers
showed up unannounced at our home in Carroll County, Maryland on a weekday evening. The
Officers advised me that the Eck family had filed a Complaint against our minor son, John Doe.

26.     The two Baltimore City Police Officers stated to me that the Eck family "was
under a lot of pressure by outside influences." Upon advice of counsel, my son did not speak
with Officers that night.

27.     On or about February 21, 2013, my wife and I received a letter from the Maryland
Department of Juvenile Services (MD-DJS) dated 2/20/13, advising that our minor son John Doe

had been referred to the MD-DJS for a Complaint alleging [REDACTED SEALED CONFIDENTIAL RECORD OF JUVENILE].

28.     On March 8, 2013, MD-DJS sent my wife and me a letter advising that the Complaint against our minor son John Doe was being forwarded to the Office of the State's Attorney for Baltimore City for investigation.

29.     In March of 2013, we were advised by our attorney, Craig Ward, that the Baltimore City State's Attorney's Office had investigated the matter and determined not to press charges against our son or the other minor swimmer.  No charges were ever filed by the Baltimore City State's Attorney, and no further action was taken by MD-DJS.

30.     I was informed and am aware that records related to juveniles in Maryland are sealed and kept confidential.

31.     My wife and I have visited the website concussioninc.net, and we have read some of Muchnick's numerous, lengthy posts and articles.  Many of those posts and articles discuss the investigation, actions by Baltimore Police, the records of MD-DJS and the State's Attorney—records that I had been advised were sealed and confidential.

32.     Our minor son John Doe has read the allegations and defamatory statements posted by Muchnick.

33.     As his parent, I see that our son Minor John Doe is suffering severe emotional trauma from being accused of such crimes.  Minor John Doe is being cyber-bullied by a grown man he does not know, and Minor John Doe is afraid.  Minor John Doe is afraid that someone will attack him because he is being falsely and maliciously labeled as a child "sexual predator" a "child sex abuse[r]" and a "sexual assailant."

34.     Minor John Doe says he worries greatly over who has read these posts.  Minor

John Doe says he worries that he will not be able to get into college because he has been accused falsely of such heinous crimes. He is worried he will not be able to get a job. My wife and I are worried that these false, malicious, defamatory, cyber-bullying posts are so traumatic to Minor John Doe that he may seek to harm himself.

35.     Numerous individuals have approached me and my wife and told us that they are aware of and have read the posts by Muchnick. We have been informed by individuals that they knew Muchnick was specifically talking about the incident involving our son and that Muchnick was accusing our son of being a "sexual assailant" even before Muchnick began identifying our son by name.

36.     Our son's high school swim coach at [REDACTED] has contacted us and advised that he has read the posts, and that he is now following Muchnick's posts.

37.     With each passing day, more and more individuals we know personally and who know our minor son John Doe are learning about Muchnick's posts.

I have personal knowledge of the facts to which I attest, and I have read this Affidavit and it is true and correct.

_____
JAMES DOE

Sworn to and subscribed before me this _9th_ day of _May_, 2013.

_____
Notary Public

My commission expires: ___01/09/16___

John Cadigan

Dear Mr. and Mrs. Eck, and M█████,

 I have always got along with M█████ and we generally have always had a good relationship. This is my third year swimming in the same group with him and while we've had our arguments in the past I've always considered him a friend.  We have had our ups and downs but we have always been able to overcome the problems or argument.

 Last week during practice I was not focusing on what was happening around me and accidently made contact in a sensitive area with Matthew while trying to pass. Also, while I was trying to make room for myself on the wall I accidently made contact again. All the times I made contact with him were not on purpose and I apologize for doing it.

 What I did was wrong because M█████ was coming to practice to work hard like he usually does and my carelessness distracted him during the main set. I have known M█████ for a while so I should have used much better judgement and had a better sense of who was around me  when he was in my lane that day. I feel really bad for what has happened between M█████ and me.

3

ALL-STATE LEGAL® Aff. Exh. A

I am sincerely sorry for what has happened between Matthew and me. I am sorry for the incident to happen at the time it did because it is Matthew's last year and he was probably looking to have a fun year and was having one until this came along. I also apologize to you, the parents, of M█████ for having to get involved in this and having to worry about something that should have never happened. I wish the incident never happened and Matthew will be willing to forgive me for my actions. I, █████████████, am sincerely sorry, regret what I have done, and I promise you nothing like this will ever happen again.

Sincerely,

Date: Wed, 29 Feb 2012 02:22:21 +0000
From: desaleskellyeck@comcast.net
To: jacadigan@hotmail.com
Subject: Re: Letters

Dear John,

We just had the opportunity to read the letters together. The letters are acceptable to all of us. I would like to give M▉▉▉▉ all of the credit for our decision as a family. We left the course of action up to him since he will be an adult in a few months. The Bible verses that were part of our devotion this morning perfectly reflect our feelings about this matter.

"Stop judging others and you will not be judged. Stop criticizing others, or it will come back to you. If you forgive others, you will be forgiven. If you give, you will receive. Your gift will return to you in full measure, pressed down, shaken together to make room for more, and running over. Whatever measure you use in giving-large or small-it will be used to measure what is given back to you." Luke 6:37-38 NLV

M▉▉▉▉ has chosen mercy, grace, and forgiveness; and so have we, "pressed down, shaken together to make room for more, and running over."

Thank you for your support in this matter.

DeSales, Chuck and M▉▉▉▉

---

From: "John Cadigan" <jacadigan@hotmail.com>
To: desaleskellyeck@comcast.net
Sent: Tuesday, February 28, 2012 8:47:01 AM
Subject: Letters


Hi DeSales,


Here are the letters from the boys. Please let me know if these are acceptable to you, your husband, and M▉▉▉▉



2

Date: Fri, 20 Apr 2012 17:10:42 +0000
From: desaleskellyeck@comcast.net
To: jacadigan@hotmail.com
Subject: Thank you

Dear John,

Thank you for taking time out of your busy schedule to meet with Chuck and me last evening. I took your recent Dr. Suess post to heart and that is why I requested a meeting with you.

On another note, M███████ website is savingthecountry.com if you ever have time to take a look at it.

Also, if you ever get a chance, may I have your recipe for corned beef? Yours looked delish.

Wishing you and yours our family's warmest regards,
DeSales

AFF. Ex.
C
ALL-STATE LEGAL®