

# CONCUSSION INC.
## author Irvin Muchnick







- Bookstore
- About Irvin Muchnick
- About Tim Joyce
- What They're Saying
- Irv in the media
- Irv's Supreme Court case and writers' rights work
- Contact Irv
- Archives

Irv on YouTube

Copyright © 2011. All Rights Reserved | RSS
Website designed by Saarachee



## Teen Was Sexually Assaulted by Teammates at Michael Phelps' North Baltimore Aquatic Club; Coach Bowman Criticized 'Moral Superiority' of Victim's Mother, Suggested Quitting Team

Published December 21st, 2012, Uncategorized

Baltimore police, on referral from a Maryland social services agency, are investigating the sexual assault of a teenager by two teammates earlier this year during a practice session of Michael Phelps' North Baltimore Aquatic Club (NBAC) at the Meadowbrook Aquatic Center, ConcussionInc.net has learned.

Last week a former NBAC employee filed papers about the incident with state Child Protective Services. In addition, California swimmer-blogger Tony Austin — who, along with this reporter, was given copies of the file — forwarded email texts and other documents to Susan Woessner, the athlete protection officer of USA Swimming in Colorado, the sport's U.S. Olympic Committee-authorized national governing body.

The victim's direct account, combined with the two assailants' vaguely worded confessions and an email to the victim's mother by Bob Bowman, NBAC's chief executive officer and head coach, cast grave questions on whether NBAC executives and coaches observed both state law and the safe sport policies of USA Swimming.

As this article was being posted, I had not received responses to my own inquiries to Bowman and USA Swimming's executive director Chuck Wielgus. The query was also sent to John Cadigan, NBAC's operations manager, and Erik Posegay, the group coach who was supervising at the time of the February 2012 incident, and to USA Swimming's Woessner and public relations director Karen Linhart.

The victim was a high school senior at the time of the incident. He has just completed his first semester of college. His mother told me this once-enthusiastic swimmer has not stepped into a pool since leaving NBAC in March.

The two teammates who were the focus of the teen's family's complaint to club officials are also teenage boys and, like the victim, are not being named in this article. In the aftermath of the complaint, the teammates, both elite swimmers, were not disciplined beyond being compelled to write confessions, according to the complaining family. They continued, without interruption, to practice with the team and represent it at meets.

Case 1:13-cv-01380-WDQ   Document 5-8   Filed 05/10/13   Page 2 of 3

4/29/13    Teen Was Sexually Assaulted by Teammates, ...Michael Phelps' North Baltimore Aquatic Club; Coach Bowman Criticized 'Moral Superiority' of Victim's Mot...

In the description of the ex-NBAC employee, the assailants repeatedly jammed fingers into the victim's anus during a practice session. The employee did not himself witness the incident but has supported the teen and his family. The employee said NBAC later dismissed him, claiming budget restraints.

Yesterday the victim's mother told me that her son confirms the former employee's account of the incident, and the family approves its publication here. Both parents remain concerned that this or similar abuse happened not just that day but repeatedly over a long period.

In his written apology, one of the confessors said, in part, "Last week during practice I was not focusing on what was happening around me and accidentally made contact in a sensitive area … while trying to pass. Also, while I was trying to make room for myself on the wall I accidentally made contact again. All the times I made contact with him were not on purpose and I apologize for doing it."

The other boy began his confession by stating, "I would like to apologize from the bottom of my heart regarding my behavior this past week. I realize that the contact and actions [were] not only wrong but completely inappropriate."

Dissatisfied with the resolution of the matter, the mother continued to raise concerns with Bowman. In a March 16 email to her, Bowman noted that the victim was taking a break from swimming and that this afforded an opportunity "for all parties involved to assess whether NBAC remains a viable choice for either [him] or the other current members of the program."

Whether Bowman recognized the seriousness of the problem and properly addressed it is certain to be further debated in light of the closing passage of his email:

**"… Surely we can expect that there will be issues of behavior and discipline. These will be addressed and we will move forward. We will not be held to your standard of moral superiority nor those of any other single member. NBAC is not a public school or institution. It is a private club whose members choose to join and participate and are also free to choose to join another organization if the program does not meet their personal needs. I invite all parties involved in these matters to consider this fact carefully. After further review I may or may not make further comment on these issues."**

The family then did quit North Baltimore Aquatic Club. Two weeks ago the former NBAC employee, after meeting with the family, assembled the emails and submitted them to Child Protective Services. He also contacted Tony Austin, who writes the Southern California Aquatics Club blog (http://scaq.blogspot.com). Like myself, Austin has published numerous stories critical of USA Swimming's athlete protection guidelines.

Austin told me, "My motive in sharing this with you is that I wanted a professional to put a public spotlight on this NBAC event so that politics will not influence the investigation. I have spoken out against others who did not report specific information about sexual abuse as soon as it came to their attention, so I was determined to report this to both Child Protective Services and USA Swimming with permission or no permission at all."

This new episode follows the report by journalist Tim Joyce that a former NBAC swimmer complained to USA Swimming and NBAC about sexual molestation by her coach there in years past. I have identified that coach as club founder Murray Stephens, who was inducted into the International Swimming Hall of Fame in 2010, a year before NBAC severed ties with him. NBAC is a nonprofit. Sources say Phelps and Bowman now lease Meadowbrook Aquatic Center on behalf of the team from Stephens, who remains the facility's owner.

NBAC and Meadowbrook also face safety questions following the October drowning death of 14-year-old swimmer Louis Lowenthal. The Lowenthal autopsy report is pending.

*Irv Muchnick*

## Leave a Reply

Name (required)

Mail (will not be published) (required)

Website

Submit Comment