Case 1:13-cv-01380-WDQ   Document 5-10   Filed 05/10/13   Page 1 of 2

4/29/13    Will USA Swimming Announce Another 'Emergency Hearing' in February 2012 Abuse of Teen at Michael Phelps' North Baltimore Aquatic Club? « Concuss...



# CONCUSSION INC.
author Irvin Muchnick



Concussion Inc. Bookstore



- Bookstore
- About Irvin Muchnick
- About Tim Joyce
- What They're Saying
- Irv in the media
- Irv's Supreme Court case and writers' rights work
- Contact Irv
- Archives

Irv on YouTube

Copyright © 2011. All Rights Reserved | RSS
Website designed by Saarachee

## Will USA Swimming Announce Another 'Emergency Hearing' in February 2012 Abuse of Teen at Michael Phelps' North Baltimore Aquatic Club?

Published December 24th, 2012, Uncategorized

I am aware that Susan Woessner and her assistant in "safe sport" enforcement at USA Swimming, Liz Hoendervoogt, initiated an investigation of the February 2012 sex abuse incident at the North Baltimore Aquatic Club (NBAC) after Woessner received a direct report about it, which included copies of emails among the principals, from California swimmer-blogger Tony Austin. (See "I reported an accusation of sexual molestation that occurred at the North Baltimore Aquatics Club to USA Swimming and Child Protective Services," December 21, http://scaq.blogspot.com/2012/12/i-reported-sexual-molestation.html.)

I also know that Woessner and staff have conversed electronically with the ex-NBAC employee who originally brought the matter to the attention of Maryland child services and, in turn, the Baltimore police. USA Swimming also has corresponded, and I believe spoken by phone, with the family of the victim.

In light of all this, I've asked Woessner and other USA Swimming officials if they can "provide a statement announcing an emergency hearing procedure in this matter or otherwise commenting on its status from USA Swimming's perspective."

Independent of that request, I also asked if USA Swimming "has a position on whether it is appropriate for a coach to emphasize to a family complaining about abuse that the club is not a public legal entity, and to recommend that the aggrieved party shop for another team or activity."

The emergency hearing query is based on similar announcements earlier this year — regarding, for example, famed Curl-Burke Swim Club head coach Rick Curl and assistant coach Noah Rucker, both of whom now face criminal charges in claims of past sexual molestation.

*Irv Muchnick*



Case 1:13-cv-01380-WDQ   Document 5-10   Filed 05/10/13   Page 2 of 2

4/29/13    Will USA Swimming Announce Another 'Emergency Hearing' in February 2012 Abuse of Teen at Michael Phelps' North Baltimore Aquatic Club? « Concuss…

## Leave a Reply

[                    ] Name (required)

[                    ] Mail (will not be published) (required)

[                    ] Website

[                                        ]

[Submit Comment]