Case 1:13-cv-01380-WDQ   Document 5-13   Filed 05/10/13   Page 1 of 2

4/29/13   Scandals at Michael Phelps' North Baltimore Aquatic Club Must Be Heard in 2013 — In the United States Senate « Concussion Inc. – Author Irvin Muchnick



# CONCUSSION INC.
## author Irvin Muchnick



- Bookstore
- About Irvin Muchnick
- About Tim Joyce
- What They're Saying
- Irv in the media
- Irv's Supreme Court case and writers' rights work
- Contact Irv
- Archives

Irv on YouTube
Copyright © 2011. All Rights Reserved | RSS
Website designed by Saarachee



## Scandals at Michael Phelps' North Baltimore Aquatic Club Must Be Heard in 2013 — In the United States Senate

Published December 31st, 2012, Uncategorized

Human scandals have morphologies, but the tipping point and pace are evident only in retrospect. The national disgrace that is the widespread and systematic disregard for the safety of the young people in our club swimming programs is no different. Many of you who are reading this, and have outsourced some of your parenting to these programs, still believe they are havens in a heartless world. But the stark truth is that they have become the heartless world itself.

Some day, I suspect, we will look back on the new revelations of the disgusting cover-ups at Michael Phelps' North Baltimore Aquatic Club (NBAC), and we will understand better how we came to this moment. That head coach and CEO Bob Bowman is a Humpty Dumpty of an icon could not be on clearer display than in Bowman's own words to the mother of one of his swimmers, who was complaining to him in March about the recent consequences-free resolution of a sexual assault on her son by two teammates.

Bowman, that great molder of young men and women, didn't miss a beat. "We will not," he replied to the mom, "be held to your standard of moral superiority …"

Now the Baltimore police and Maryland child protective services are involved. So is the nascent "safe sport" department at USA Swimming headquarters in Colorado Springs, for all that matters — the record in other cases shows that it matters very little.

From SwimWorld insiders, we can expect a lot of hand-wringing over how "sensitive" this scenario is. NBAC is the country's premier age-group program. Even as this teen's unrefuted account gets investigated anew, some unknown but unacceptably large subset of NBAC alums harbors their own secrets of molestation under the stewardship of Bowman and, earlier, Murray Stephens, the club founder and International Swimming Hall of Fame inductee. Last year Stephens quietly departed as NBAC's face (in a sequence of events uncovered by my colleague Tim Joyce). But Stephens continues to collect — from Phelps and Bowman, on behalf of NBAC — rental fees for use of the Meadowbrook Aquatic Center.

Where, not so incidentally, another NBAC swimmer, 14-year-old Louis Lowenthal, drowned in October — almost certainly without a lifeguard present.

4/29/13 Scandals at Michael Phelps' North Baltimore Aquatic Club Must Be Heard in 2013 — In the United States Senate « Concussion Inc. – Author Irvin Muchnick

Case 1:13-cv-01380-WDQ Document 5-13 Filed 05/10/13 Page 2 of 2

NBAC's and USA Swimming's lapses are no longer "follies." They are no longer "dysfunction." Above all, they are no longer a private matter. They are an affair of state.

When the next Congress is sworn in, a record 20 members of the Senate will be women. Will these legislators, from their valuably fresh perspective, spearhead efforts to pick up the flag that our national swimming program has dropped? Will they fix the now 34-year-old and failing Amateur Sports Act, and restructure the youth athletics system so that it is no longer poisoned by the psychological and physical scarring by authority figures of our most vulnerable citizens?

The answer to this question — not the new world records or the rise of prospects for the 2016 Olympic team — will be the swimming story of 2013.

*Irv Muchnick*

## Leave a Reply

Name (required)

Mail (will not be published) (required)

Website

[Submit Comment]