# CONCUSSION INC.
## author Irvin Muchnick







- Bookstore
- About Irvin Muchnick
- About Tim Joyce
- What They're Saying
- Irv in the media
- Irv's Supreme Court case and writers' rights work
- Contact Irv
- Archives

Irv on YouTube
Copyright © 2011. All Rights Reserved. | RSS
Website designed by Saarachee

## USA Swimming 'Initiated Our Formal Investigation' of Baltimore Sex Assault This Week

Published February 7th, 2013, Uncategorized

Sources in the state's attorney's office say prosecutors are slow-walking their investigation of the February 2012 sexual assault by two teammates of another North Baltimore Aquatic Club swimmer.

Tony Austin, the swimmer-blogger (http://scaq.blogspot.com) who first reported the incident to both this blog and USA Swimming, told me he received an email today from Susan Woessner, the safe sport director, stating in part, "[W]e initiated our formal investigation into this matter this week."

*Irv Muchnick*

Leave a Reply

[ ] Name (required)

[ ] Mail (will not be published) (required)

[ ] Website



4/29/13
Case 1:13-cv-01380-WDQ Document 5-14 Filed 05/10/13 Page 2 of 2
USA Swimming 'Initiated Our ... mal Investigation' of Baltimore Sex Assault This Week « Concussion Inc. – Author Irvin Muchnick

Submit Comment