# CONCUSSION INC.
author Irvin Muchnick



- Bookstore
- About Irvin Muchnick
- About Tim Joyce
- What They're Saying
- Irv in the media
- Irv's Supreme Court case and writers' rights work
- Contact Irv
- Archives

Irv on YouTube
Copyright © 2011. All Rights Reserved | RSS
Website designed by Saarachee

## SwimSwamSwum on North Baltimore Aquatic Club Sex Assault Story

Published February 12th, 2013, Uncategorized

As reported here on February 7, USA Swimming's Susan Woessner has acknowledged in writing that the organization last week "initiated our formal investigation" of the February 2012 incident at Michael Phelps' North Baltimore Aquatic Club. This blog has characterized the incident as a sexual assault by two swimmers on a teammate in the practice pool at the Meadowbrook Aquatic Center, and published, among other details, the full texts of both the vague apologies of the assailants and a shockingly inappropriate and insensitive email by club CEO Bob Bowman admonishing the mother of the victim for her "moral superiority."

But that's not good enough to lift the blackout at SwimSwam.com. (To be fair, SwimSwam has intermittently covered other stories in the years-long saga of widespread sex abuse, almost all by coaches, in age-group swimming programs.)

"I have received no such statement from Woessner," SwimSwam's Braden Keith told me Monday. He seemed to be holding the curious — actually the incurious — position that a subject exists only when cited by USA Swimming, and directly to SwimSwam at that.

Keith added, "I will reach out to her and see if she will provide it to me."

Today, with great pith, Keith gave what he suggested was a dispositive answer. "USA Swimming does not comment on ongoing investigations," he emailed. He did not clarify whether these were Woessner's words or his own.

I agreed that USA Swimming, by policy, does not comment on the *substance* of ongoing investigations. But it does comment from time to time on the *existence* of such investigations. See, for example, "Rucker, Noah; emergency hearing on; begun July 2012, ended February 2013."

I reiterated that USA Swimming had indeed made such a statement with respect to North Baltimore Aquatic Club. So the questions were: First, did SwimSwam ask USA Swimming to *confirm* its February 7 statement? Second, regardless of what USA Swimming said or didn't say to SwimSwam, is SwimSwam *reporting* what it asked and how USA Swimming responded?

Keith then called me to reiterate that he and SwimSwam do not report on what they do not report on.

Which, I guess, clears *that* up.

*Irv Muchnick*

## Leave a Reply

[ ] Name (required)

[ ] Mail (will not be published) (required)

[ ] Website

[Submit Comment]