Case 1:13-cv-01380-WDQ Document 5-18 Filed 05/10/13 Page 1 of 2

4/29/13  North Baltimore Aquatic Club Sex Assault victim's Mother To USA Swimming Safe Sport Director Susan Woessner: 'I Am Not Going Away' « Concussion I...

# CONCUSSION INC.
author Irvin Muchnick







- Bookstore
- About Irvin Muchnick
- About Tim Joyce
- What They're Saying
- Irv in the media
- Irv's Supreme Court case and writers' rights work
- Contact Irv
- Archives

Irv on YouTube
Copyright © 2011. All Rights Reserved | RSS
Website designed by Saarachee



## North Baltimore Aquatic Club Sex Assault Victim's Mother To USA Swimming Safe Sport Director Susan Woessner: 'I Am Not Going Away'

Published March 25th, 2013, Uncategorized

On Saturday, the mother of the victim of the February 2012 sexual assault by two teammates at the North Baltimore Aquatic Club's Meadowbrook Aquatic Center emailed Susan Woessner, the safe sport director of USA Swimming, and her assistant Liz Hoendervoogt. Here are excerpts.

http://www.nytimes.com/2013/03/23/opinion/waking-up-to-the-enduring-memory-of-rape.html?smid=tw-share
Good Afternoon ladies,

...

I have attached above, an excellent article regarding rape and the long term consequences of such acts on the human spirit.

Liz, as I have previously noted, you have two beautiful young children. Sue, one day you may also become the mother of precious children whom you have nurtured in your womb for nine months. As they grow, you, like Liz, will want everything that is good, sweet, and beautiful to fill their lives. When your young child hurts, you will be able to gather him or her in your arms and tenderly kiss their hurts away. As they grow up and begin to encounter a sometimes harsh world, you will feel there hurts more acutely and viscerally than they themselves will. This is the nature of a mother.

Much like mothers, your jobs at USA are to oversee the establishment of a safe environment for all of the youths that participate in USA Swimming. If you fail in that duty, then you share the blame that Joe Paterno and all of the other coaches and administrators shared, and for which many have lost their jobs and/or, are being prosecuted for their self-denial of a the heinous crimes being committed under their

Case 1:13-cv-01380-WDQ   Document 5-18   Filed 05/10/13   Page 2 of 2

4/29/13    North Baltimore Aquatic Club Sex Assault Victim's Mother To USA Swimming Safe Sport Director Susan Woessner: 'I Am Not Going Away' « Concussion I...

noses for decades....

I ask you this of both of you as women, one of you a mother; the other, perhaps a mother one day: given your firsthand knowledge of the widespread sexual abuse within USA Swimming, how can the excuse ignorance have an exonerating effect on your souls? USA Swimming is in the process of crumbling from within around you. Good intentions are not enough. For each valid complaint that is brushed under the rug, your culpability increases. Sarah Burt's blood is quite literally on your hands.

*[Editor's note: Sarah Burt was an Illinois teenager who committed suicide after being sexually molested by her coach.]*

...

Liz, as you can see from the attached article, just talking about a crime, as you told my husband, does not bring closure. What of all of the swimmers who have come forward to USA Swimming only to have their complaints minimized and dismissed? What of Sarah Burt? What of all those who have suffered abuse within swimming and have never come forward? What of my son? Indescribable things are happening in USA Swimming. You have the keys to prevent one more swimmer from being a victim of a sexual predator. If the swimmers who assaulted my son, fail to be sanctioned by USA Swimming, and they go on to assault others in the future, you need to know that you are, in part, responsible.

I am not going away.

## Leave a Reply

[                    ] Name (required)

[                    ] Mail (will not be published) (required)

[                    ] Website

[                                          ]

[Submit Comment]