Case 1:13-cv-01380-WDQ Document 5-19 Filed 05/10/13 Page 1 of 3

4/29/13 North Baltimore Aquatic Club Juvenile Brags After State's Attorney Declines to Pursue Criminal Charges in Last Year's Pool Sex Assault « Concussion Inc....



# CONCUSSION INC.
author Irvin Muchnick



- Bookstore
- About Irvin Muchnick
- About Tim Joyce
- What They're Saying
- Irv in the media
- Irv's Supreme Court case and writers' rights work
- Contact Irv
- Archives

Irv on YouTube

Copyright © 2011. All Rights Reserved | RSS
Website designed by Saarachee

## North Baltimore Aquatic Club Juvenile Brags After State's Attorney Declines to Pursue Criminal Charges in Last Year's Pool Sex Assault

Published March 25th, 2013, Uncategorized

by *Irvin Muchnick*



We have multiple eyewitness reports that North Baltimore Aquatic Club swimmer ████████ has been shooting off his mouth — at the recent Maryland State Championships and elsewhere — that the state's attorney's office recently decided to drop the case against himself and an NBAC teammate in the February 2012 sexual assault of a third swimmer during a practice at Meadowbrook Aquatic Center.

Here is the full story, as pieced together from sources close to the prosecutors. Concussion Inc. is motivated to take the step of naming ████████ because of his despicable arrogance in bragging loudly about the criminal justice system's disposition of an episode for which he had earlier, and apparently insincerely, apologized. I have characterized what occurred as an assault. I stand by that description.

In a February 2012 email, whose text was published at this site two months ago, ████ wrote:

"I would like to apologize from the bottom of my heart regarding my behavior this past week. I realize that the contact and actions between [victim] and I was not only wrong but completely inappropriate. Also, this made [victim] feel very uncomfortable and that is not right. I feel that this was uncalled for and I sincerely regret what happened. I could not even begin to imagine what he must have been feeling, and I will never forgive myself for behaving in such a manner. I truly wish that I could take back my actions because I know that they were wrong and made [victim] very embarrassed. Also, I would like to sincerely apologize to [victim] for treating him with such disrespect because it was not in any way necessary. I am ashamed of my behavior towards such an amazing individual such as [victim]. Also, my behavior was extremely uncalled for considering all of the things your family has done for me and my family, too and I am immensely ashamed that I could have behaved in such a fashion that hurt [victim].

Case 1:13-cv-01380-WDQ   Document 5-19   Filed 05/10/13   Page 2 of 3

4/29/13    North Baltimore Aquatic Club Juvenile Brags After State's Attorney Declines to Pursue Criminal Charges in Last Year's Pool Sex Assault « Concussion Inc....

"I fully respect [victim's] decision to come forward about this because this is not acceptable. I have always one to try to prevent bullying and I feel that I have failed as a person for letting myself partake in such activities and not put an end to it. This problem could have been solved in other ways and I feel that it was childish of me to look away from the appropriate solutions. I understand that nothing will ever make up for my actions, and for that, I apologize to the highest extent possible. I don't even know how to explain to your family on how badly and upset I feel about this whole situation. I should have acted in a much more mature way and prevented this outcome. I can assure you that no such behavior will ever happen to [victim] ever again from me, or anyone on the team in the future.

"[Victim] is not just a teammate, he's someone who I consider a friend; we practice 7 hours a day for 2 hours each day and have gotten to know each other well over the years. To have the constant fear of harassment from some of the people he is closest to is just completely wrong and should not have happened. Again, my actions were unacceptable and for that I apologize because I realize how much of an issue this is and am extremely upset because of my actions.

"I am truly sorry for this situation and I wish I could take all this back. I can't even begin to imagine what your family has gone through in the past week and I feel incredibly bad about this whole ordeal."

\*\*\*\*\*

At the time, the victim's family expected the club of Michael Phelps to follow through with some sort of disciplinary action. But neither ▓▓▓▓ nor the other assailant (whose "apology," also published here earlier, was much colder and more perfunctory) missed a day of practice or meets.

Also, after the victim returned from a hiatus in March of last year, a year-long pattern of bullying and verbal and physical harassment of him resumed without a hitch. Former NBAC swimmer ▓▓▓▓▓▓▓, now a cadet at Virginia Military Institute, told us that he confronted group coach Erik Posegay about the continued hostile behavior and foul insults hurled at the victim by another teammate. Posegay responded by threatening to throw Bailey off the team. Bailey soon did leave NBAC in disgust.

Last week Concussion Inc. identified the swimmer who continued to bully the assault victim as a student at the exclusive McDonogh School. The student later would be expelled (along with a schoolmate and fellow NBAC athlete) after getting caught running a campus computer theft ring. The expelled student who harassed the assault victim in the scene witnessed by Bailey is now living in the San Diego area with his father, a naval officer.

▓▓▓▓▓'s account was confirmed to us by other sources, who also confirmed the sexual assault and the victim's family's account of the lack of support or follow-through by head coach/CEO Bob Bowman and his assistant John Cadigan.

The victim and his family ultimately quit the club at the suggestion of Bowman, who told the victim's mother in an email that he would "move on" rather than remain bogged down by her "moral superiority."

\*\*\*\*\*

In January 2013 the family filed a complaint with the Baltimore police sex crimes unit. The police referred the matter to the state's attorney.

The family's hope was that the two assailants would be required to attend a victims' awareness class and perform community service. The state's attorney pursued a resolution on this basis. Prosecutors told the family that the filing of a delinquency petition with the Juvenile Court would have been complicated both by the criminal conviction burden of proof ("beyond a reasonable doubt," rather than "preponderance of the evidence") and by Maryland's one-year statute of limitations for such offenses.

However, after ▓▓▓▓▓▓▓▓ and the other assailant refused to meet with the Department of Juvenile Services for an informal disposition of the complaint, formal charges were dropped.

▓▓▓▓▓ then commenced bragging about this to NBAC teammates on the practice and meet pool decks.

\*\*\*\*\*

▓▓▓▓▓▓▓, the older brother of ▓▓▓▓▓, is now at the University of Georgia. ▓▓▓▓ was a training partner of Michael Phelps. In a recent interview with the *Wall Street Journal*, Phelps cited ▓▓▓▓ as a top 2016 Olympics hopeful in individual medley events.

▓▓▓▓▓ and ▓▓▓▓'s mother, ▓▓▓▓▓▓▓▓▓, is on the boards of directors of both North Baltimore Aquatic Club and Maryland Swimming, the regional swim body or "LSC" of USA Swimming. She has not responded to my email requesting comment on ▓▓▓▓▓'s vocal pride at dodging action by the state's attorney.

NEXT: "I am not going away," the victim's mother writes to USA Swimming's Susan Woessner.

## Leave a Reply

[   ] Name (required)

[   ] Mail (will not be published) (required)

Case 1:13-cv-01380-WDQ  Document 5-19  Filed 05/10/13  Page 3 of 3

4/29/13   North Baltimore Aquatic Club Juvenile Brags After State's Attorney Declines to Pursue Criminal Charges in Last Year's Pool Sex Assault « Concussion Inc....

Website

Submit Comment