Case 1:13-cv-01380-WDQ Document 5-20 Filed 05/10/13 Page 1 of 2

4/29/13  Baltimore Mailbag: Swimmers Gone Wild at Out-of-Town Meet. Or As They Call It at the Club Made Famous By Michael Phelps ... April. « Concussion Inc. ...

# CONCUSSION INC.
## author Irvin Muchnick



- Bookstore
- About Irvin Muchnick
- About Tim Joyce
- What They're Saying
- Irv in the media
- Irv's Supreme Court case and writers' rights work
- Contact Irv
- Archives

Irv on YouTube
Copyright © 2011. All Rights Reserved | RSS
Website designed by Saarachee



## Baltimore Mailbag: Swimmers Gone Wild at Out-of-Town Meet. Or As They Call It at the Club Made Famous By Michael Phelps ... April.

Published April 18th, 2013, Uncategorized

"... We will not be held to your standard of moral superiority nor those of any other single member. NBAC is not a public school or institution. It is a private club whose members choose to join and participate and are also free to choose to join another organization if the program does not meet their personal needs...." – *email from North Baltimore Aquatic Club head coach/CEO Bob Bowman to the mother of a teen swimmer who was sexually assaulted by two teammates in the practice pool*

In the last two years, the North Baltimore Aquatic Club has seen its Hall of Fame founder, Murray Stephens, go into hiding after allegations of his sexual molestation of an underage swimmer. It has seen a teen swimmer, Louis Lowenthal, drown without a lifeguard in sight. And as Michael Phelps' coach Bob Bowman so charmingly reminds us above, it has blown off the unrefuted information that two privileged brats sexually assaulted a teammate who had been harassed and bullied for more than a year.

With all this behind us, how nice to be able to report that NBAC is working hard prospectively to protect the young athletes under its supervision. *Not.*

I get a lot of anonymous emails, some of which are obviously designed to bait me into inaccurate coverage. But this one from an NBAC parent, about the team's travel to a recent meet in Buffalo, checked out:

"... Several kids were caught locking others out of their hotel room while the ones inside had sex. The coaches caught them and, guess what? No consequences...."

The parent went on to identify one of the boys as a former McDonogh prep school kid who got expelled there for stealing computers, and some of the girls as daughters of NBAC board members. The former was also part of the clique who had been taunting the eventual sex-assault victim on Facebook.

Case 1:13-cv-01380-WDQ   Document 5-20   Filed 05/10/13   Page 2 of 2

4/29/13   Baltimore Mailbag: Swimmers Gone Wild at Out-of-Town Meet. Or As They Call It at the Club Made Famous By Michael Phelps ... April. « Concussion Inc. ...

Concussion Inc. already has named ▮▮▮▮▮ as one of the February 2012 assailants in the unprosecuted sex assault. We did so because ▮▮▮ opened the door with his loud and disgusting remarks to friends and fellow swimmers about how he beat the rap. See "North Baltimore Aquatic Club Juvenile Brags After State's Attorney Declines to Pursue Criminal Charges in Last Year's Pool Sex Assault," March 25, http://concussioninc.net/?p=7224.

Now it is time to identify some of the other social deviants at NBAC — who, it must be emphasized, are probably just replicating behaviors enabled by their adult role models.

▮▮▮▮ co-sex assault perpetrator was ▮▮▮▮▮▮▮▮. Their vague and insincere email apologies were published here three months ago. See "Full Text of 'Apologies' of Assailants in Sex Assault on Swimmer at Michael Phelps' North Baltimore Aquatic Club," January 3, http://concussioninc.net/?p=6495 (▮▮▮▮ is the first, ▮▮▮▮ the second).

The two expelled McDonogh computer thieves were ▮▮▮▮▮▮ and ▮▮▮▮▮▮. ▮▮▮▮ is the swimmer who continued to verbally harass the ▮▮▮▮▮▮ sex-assault victim weeks after the assailants "apologized" to him. ▮▮▮▮ behavior motivated another member of the team, ▮▮▮▮ ▮▮▮▮ (now a cadet at Virginia Military Institute), to demand action by one of Bob Bowman's assistant coaches, Erik Posegay. See "Teammate of North Baltimore Aquatic Club Sex Abuse Victim Confronted Coach Over Continued Harassment — Coach Threatened to Throw Him Off Team," January 15, http://concussioninc.net/?p=6534.

After ▮▮▮▮ was busted at McDonogh, he moved to San Diego with his father, a naval officer. ▮▮▮▮▮▮ is the McDonogh computer robber who stayed at NBAC, and therefore the one identified by the parent source of the above-chronicled hijinks from the recent Buffalo trip.

According to an NBAC source, the trip cost participating team families $750 each. Our society faces a new epidemic of heinous behavior, fueled by new social media technology — as is evident in the nationally publicized case of 15-year-old California girl ▮▮▮▮▮▮, who committed suicide last year after cell-phone photos of her were circulated of an incident in which, unconscious from alcohol consumption, she was multiply raped at an unchaperoned party. Cases like hers, and like the cell of hate and perversity we are following in Baltimore, have a clear socioeconomic profile.

*Irv Muchnick*
tips@muchnick.net

## Leave a Reply

[ ] Name (required)

[ ] Mail (will not be published) (required)

[ ] Website

[                                                    ]

[Submit Comment]