IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN DOE, by his parents, JAMES and  *
JANE DOE
                                      *
    Plaintiff,
                                      *
        v.                                        Civil Action No.: WDQ-13-1380
                                      *
IRVIN MUCHNICK and CONCUSSION
INC., also known as and doing business as  *
Concussioninc.net
                                      *
    Defendants.
                                      *

*   *   *   *   *   *   *   *   *   *   *   *   *

## ORDER

After a hearing on the Plaintiff's Motion for Temporary Restraining Order, Preliminary Injunction, and Protective Order (ECF No. 5) on Monday, May 13, 2013, this Court determined that at this stage of the proceedings, the Plaintiff has not yet presented sufficient evidence to satisfy the standards set forth in *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7 (2008), and *The Real Truth About Obama v. FEC*, 575 F.3d 342 (4th Cir. 2009) *vacated by* 130 S. Ct. 2371 (2010), *reinstated in part by* 607 F.3d 356 (4th Cir. 2010). In light of the request for prior restraint of speech involved in this case, this Court determined that this matter should await a hearing on the Motion for a Preliminary Injunction. However, the Court did note its concerns with respect to references to the names of minors, and references suggesting that the Defendants have access to information or records in the possession of Maryland government agencies.

Accordingly, IT IS HEREBY ORDERED this 14th day of May, 2013, that the Plaintiff's Motion for Temporary Restraining Order, Preliminary Injunction, and Protective Order (ECF No. 5) is DENIED IN PART. Specifically, this Court WILL NOT ISSUE a temporary restraining order or protective order against the Defendants. The Plaintiff's Motion for a Preliminary Injunction REMAINS PENDING, and a hearing on this Motion SHALL BE HELD within ten days of yesterday's hearing on May 13, 2013.

By consent of Defendant Irvin Muchnick, and in light of the State of Maryland's interest in protecting the identity and criminal and police records of a juvenile, the Defendants have agreed to REMOVE from the Defendants' website, concussioninc.net, PENDING the result of the hearing on the Plaintiff's Motion for a Preliminary Injunction, the following information:

(1) any and all references to the names of the minors involved in the alleged incident at the North Baltimore Aquatic Club that underlies the allegations in this case; and

(2) any and all references suggesting that the Defendants have access to information or records in the possession of the Maryland government agencies that are involved in investigating the alleged incident at the North Baltimore Aquatic Club that underlies the allegations in this case.

_____
Richard D. Bennett
United States District Judge